UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL                    **JS-6**

| Case No. | **CV 20-3188-CBM(GJSx)** | Date | APRIL 28, 2020 |
|---|---|---|---|

| Title | William J. Allen v. Tufin Software Technologies Ltd. et al |
|---|---|

Present: The Honorable      CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None Present                                              None Present

**Proceedings:      IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and the notice of voluntary dismissal [21], this case is hereby dismissed with out prejudice.  [JS-6]

IT IS SO ORDERED.

cc: all parties

---

CV-90                          **CIVIL MINUTES - GENERAL**                    Initials of Deputy Clerk ys